IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO SHAH,

     Plaintiff,                    No. CIV S-11-318 GEB EFB PS

     vs.

EMPLOYMENT DEVELOPMENT DEPARTMENT,

     Defendant.                ORDER TO SHOW CAUSE

        This case, in which plaintiff is proceeding *pro se*, was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21). On February 23, 2012, the court dismissed plaintiff's complaint and granted plaintiff thirty days to file an amended complaint. Dckt. No. 21. Then, on March 23, 2012, plaintiff filed a document labeled "First Amended Complaint." Dckt. No. 22. However, because the document was not an amended complaint and instead was an opposition to defendant's earlier motion to dismiss, on April 6, 2012, the court struck the purported amended complaint and gave plaintiff until April 30, 2012 to file a proper amended complaint to the extent that plaintiff could properly state a claim under Title II of the ADA, the Rehabilitation Act of 1973, or another appropriate federal statute. The order further provided that "[f]ailure to timely file an amended [would] result in a recommendation that this action be dismissed." *Id.* at 3.

1   The April 30 deadline has passed, and plaintiff has not filed an amended complaint or
2 otherwise responded to the court's April 6 order.
3   Accordingly, IT IS HEREBY ORDERED that:
4   1. On or before May 21, 2012, plaintiff shall show cause, in writing, why this action
5 should not be dismissed for failure to prosecute and/or for failure to comply with court orders.
6   2.  Also on or before May 21, 2012, plaintiff shall file an amended complaint, as
7 provided in the February 23 and April 6 orders.
8   3. Failure of plaintiff to comply with this order will result in a recommendation that this
9 action be dismissed for failure to prosecute and/or for failure to comply with court orders. *See*
10 Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110.
11   4. Defendants shall file a response to plaintiff's amended complaint within fourteen days
12 from the date an amended complaint is filed.
13 Dated:  May 8, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2